

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
THE HOLMES BUILDING
101 LARRY HOLMES DRIVE, 4TH FLOOR
EASTON, PENNSYLVANIA 18042
CHAMBERS_OF_JUDGE_EDWARD_G_SMITH@PAED.USCOURTS.GOV

CHAMBERS OF  
JUDGE EDWARD G. SMITH

PHONE: (610) 333-1833  
FAX: (610) 252-5599

August 1, 2018

Rebecca Ann Solarz, Esquire  
KML LAW GROUP, PC  
701 Market Street, Suite 5000  
Philadelphia, PA  19106

    Re:    United States of America v. Amanda L. Altice  
            Civil Docket # 5:18-cv-2240

Dear Attorney Solarz:

    A review of the Court's records shows that a pleading has not been filed in the above-captioned action in response to the complaint as required by Rule 12 of the Federal Rules of Civil Procedure.

    Accordingly, you may file a request with the Clerk for entry of a default in accordance with Rule 55 of the Federal Rules of Civil Procedure.

    If the Request for Default is not filed by August 8, 2018, the Court may enter an order dismissing the case against the above-named defendants for lack of prosecution.

                                                  Very truly yours,

                                                  _/s/ Shana Restucci_____  
                                                  Shana Restucci, Civil Deputy Clerk  
                                                  Honorable Edward G. Smith