IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 18-2240 |
| | : | |
| v. | : | |
| | : | |
| AMANDA L. ALTICE, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 6th day of August, 2018, the plaintiff, United States of America, having moved for the entry of a default judgment against the defendant, Amanda L. Altice (Doc. No. 5); and the clerk of court having entered default against the defendant after she failed to file a response to the complaint, *see* Unnumbered Docket Entries After Doc. No. 7; accordingly, it is hereby **ORDERED** that the court will hold a hearing on the motion on **Friday, August 24, 2018**, at **9:30 a.m.** at the Holmes Building, 101 Larry Holmes Drive, 4th Floor, Easton, Pennsylvania 18042.[1]

## NOTICE TO DEFENDANT

**THE DEFENDANT, AMANDA L. ALTICE, IS HEREBY NOTIFIED THAT THE PURPOSE OF THIS HEARING IS TO DETERMINE WHETHER A DEFAULT JUDGMENT SHALL BE ENTERED AGAINST HER AND THE AMOUNT OF THAT JUDGMENT. THE DEFENDANT HAS THE RIGHT TO APPEAR BEFORE THE UNDERSIGNED AT THE HEARING TO OPPOSE THE RELIEF REQUESTED BY THE PLAINTIFF. IF THE DEFENDANT FAILS TO APPEAR, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST HER BASED ON INFORMATION PROVIDED BY THE PLAINTIFF.**

---

[1] If the plaintiff and its counsel prefer to participate in the hearing by telephone, they must confirm this preference with the court by no later than Wednesday, August 22, 2018. Counsel for the plaintiff may contact the court—both to notify the court of participation by telephone and to call in to the August 24, 2018 hearing—by calling the undersigned's civil deputy clerk at (610) 333-1833. If the court does not receive advance notification of a preference to participate by telephone, the court will presume personal attendance.

**IT IS FURTHER ORDERED** that the plaintiff shall serve this order upon the defendant by personal service and submit a verification of service prior to the hearing.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.