UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> vs. <br><br> AMANDA L. ALTICE <br><br> Defendant | CIVIL NO. 18-02240 |

**CERTIFICATE OF SERVICE**

I do hereby certify that service of the foregoing Statement of Damages and Memorandum of Law in Support of Plaintiff's Motion for Default Judgment was made upon the following persons by mailing a true and correct copy thereof, postage prepaid, on this 23rd day of August 2018, addressed as follows:

AMANDA L. ALTICE
1037 Donegal Springs Road
Mount Joy, PA 17552

AMANDA L. ALTICE
89 Tia Circle
Mount Joy, PA 17552

Respectfully submitted,

KML Law Group, P.C.

By: _____
Rebecca A. Solarz, Esquire
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327
RSolarz@kmllawgroup.com