UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     Plaintiff<br><br>vs.<br><br>AMANDA L. ALTICE<br><br>     Defendant(s) | CIVIL NO. 18-02240 |

**CERTIFICATE OF SERVICE**
**PURSUANT TO Pa.R.C.P. 3129.2 (c) (2)**

  Rebecca A. Solarz, Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

( x )  Personal Service by the Sheriff's Office/competent adult (copy of return attached).
(   )  Certified mail by Rebecca A. Solarz (original green Postal return receipt attached).
(   )  Certified mail by Sheriff's Office.
(   )  Ordinary mail by Rebecca A. Solarz, Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
(   )  Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
(   )  Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.
**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**
(   )  Premises was posted by Sheriff's Office/competent adult (copy of return  attached).
(   )  Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
(   )  Certified Mail & ordinary mail by Rebecca A. Solarz (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Rebecca A. Solarz, Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

                  Respectfully submitted,
                   /s/Rebecca A. Solarz, Esq.
                  BY: Rebecca A. Solarz, Esq.
                  Attorney for Plaintiff



## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

AMANDA L. ALTICE; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 18-02240

Sheriff's Sale Date: 12/13/2018

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: NOTICE OF SALE**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served AMANDA L. ALTICE the above process on the 4 day of September, 2018, at 3:30 o'clock, P.M, at 89 TIA CIRCLE MOUNT JOY, PA 17552, County of Lancaster, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: TAYLOR ALTICE
Relationship/Title/Position: DAUGHTER
Remarks: _____
Description: Approximate Age 18-20  Height 5'6  Weight 130  Race WHITE  Sex FEMALE  Hair BLONDE
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of Pa ) SS:
County of Berks )

Before me, the undersigned notary public, this day, personally, appeared __Jeffrey Clohessy__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-182772
Case ID #: 5283111

Subscribed and sworn to before me
this 5 day of Sept, 2018.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021


USA - BA

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>7958-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703968035298<br>9171999991703968035298 | ALTICE, AMANDA L.<br>1037 Donegal Springs Road<br>Mount Joy, PA 17552 | ERR<br>C | 2.520 | 1.40<br>3.45 | | | 7.37 |
| 9171999991703968035304<br>9171999991703968035304 | ALTICE, AMANDA L.<br>89 Tia Circle<br>Mount Joy, PA 17552 | ERR<br>C | 2.520 | 1.40<br>3.45 | | | 7.37 |
| Page Totals<br>Cumulative Totals | 2<br>2 | | 5.04<br>5.04 | 9.70<br>9.70 | | | 14.74<br>14.74 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____
Signature of Receiving Employee

Round Stamp_____

PS Form 3877 (Facsimile)

Extra Service Codes:
C        Certified
ERR    Return Receipt



| Name and Address of Sender<br>KML LAW GROUP, P.C.<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | Check type of mail or service;<br>☐ Certified  ☐ Recorded Delivery (International)<br>☐ COD  ☐ Registered<br>☐ Delivery Confirmation  ☐ Return Receipt for Merchandise<br>☐ Express Mail  ☐ Signature Confirmation<br>☐ Insured | | | Affix Stamp Here<br>(If issued as a certificate of mailing, or for additional copies of this bill)<br>Postmark and Date of Receipt | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Fee | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
| 1. | DOMESTIC RELATIONS OF LANCASTER COUNTY<br>40 East King Street<br>PO Box 83479<br>Lancaster, PA 17608 | | | | | Redevelopment Authority of the County of Lancaster<br>150 North Queen Street<br>Suite 110<br>Lancaster, PA 17603-3562 | | | | | | | |
| 2. | PA DEPARTMENT OF PUBLIC WELFARE -<br>Bureau of Child Support Enforcement<br>Health and Welfare Bldg. - Room 432<br>P.O. Box 2675<br>Harrisburg, PA 17105-2675 | | | | | TENANTS / OCCUPANTS<br>1037 Donegal Springs Road<br>Mount Joy, PA 17552 | | | | | | | |
| 3. | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender  Total Number of Pieces Received at Post Office  Postmaster, Per (Name of receiving employee)  See Privacy Act Statement on Reverse

PS Form 3877, February 2002 (Page 1 of 2)    Complete by Typewriter, Ink, or Ball Point Pen

USA-182772   Lancaster County   Sale Date: 12/13/2018

AMANDA L. ALTICE

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　　　Plaintiff<br><br>vs.<br><br>AMANDA L. ALTICE<br><br>　　　　　　　　　　　Defendant(s) | CIVIL NO.  18-02240 |

**AFFIDAVIT PURSUANT TO RULE 3129**

　　　　The United States of America, Plaintiff in the above action, by counsel, KML Law Group, P.C. sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

　　　　1037 Donegal Springs Road
　　　　Mount Joy, PA 17552

1. Name and address of Owner(s) or Reputed Owner(s):

　　　　AMANDA L. ALTICE
　　　　1037 Donegal Springs Road
　　　　Mount Joy, PA 17552

2. Name and address of Defendant(s) in the judgment:

　　　　AMANDA L. ALTICE
　　　　1037 Donegal Springs Road
　　　　Mount Joy, PA 17552

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

　　　　DOMESTIC RELATIONS OF LANCASTER COUNTY
　　　　40 East King Street
　　　　PO Box 83479
　　　　Lancaster, PA 17608

　　　　PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Enforcement
　　　　Health and Welfare Bldg. - Room 432
　　　　P.O. Box 2675
　　　　Harrisburg, PA 17105-2675

4. Name and address of the last recorded holder of every mortgage of record:

　　　　Redevelopment Authority of the County of Lancaster

        150 North Queen Street
        Suite 110
        Lancaster, PA 17603-3562

5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:

6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

        TENANTS / OCCUPANTS
        1037 Donegal Springs Road
        Mount Joy, PA 17552

      I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.


DATED:  November 16, 2018                                                      /s/Rebecca A. Solarz, Esq.
                                                                    KML Law Group, P.C.
                                                                    BY: Rebecca A. Solarz, Esq.
                                                                    Attorney for Plaintiff