

U.S. Department of Justice

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

## U.S. MARSHALS SALE OF REAL PROPERTY

CIVIL ACTION NO.: 18-CV-2240

I, PATRICK D. ENNIS, a Deputy U.S. Marshal for the Eastern District of Pennsylvania, sold the property located at

1037 DONEGAL SPRINGS ROAD, MOUNT JOY, PA 17552

The public sale was held on DECEMBER 13, 2018

and the highest bidder was BRANDON LEDMAN

who bid the amount of $ 92,100.00.

_____ 0683
Deputy U.S. Marshal
United States Marshals Service
Eastern District of Pennsylvania
2110 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
(215) 597-7273



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

### BIDDER'S REGISTRATION FORM

NAME: Brandon Ledman

ADDRESS: 289 Conoy Avenue
Elizabethtown PA 17022

PHONE (DAY): 717-940-0087

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

_____
The above is precisely how the name(s) are to appear in the deed

| | | | |
|---|---|---|---|
| 24,000 | 86,100 | 89,600 | 91,600 |
| 25,000 | 86,500 | 89,800 | 92,100 |
| 30,000 | 87,000 | 90,100 | SOLD |
| 35,000 | 87,500 | 90,300 | |
| 40,000 | 88,000 | 90,500 | |
| 83,500 | 88,200 | 91,100 | |
| 84,500 | 89,000 | | |
| 85,500 | | | |



**U.S. Department of Justice**

United States Marshals Service

Eastern District of Pennsylvania

Philadelphia PA 19106

## BIDDER'S REGISTRATION FORM

NAME: Greg Musser

ADDRESS: 1550 Harrisburg Ave
Mount Joy PA 17552

PHONE (DAY): 717-689-0663

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Gregory S. Musser & Douglas H. Musser

The above is precisely how the name(s) are to appear in the deed

| | | |
|---|---|---|
| 66,000 | 86,200 | 90,000 |
| 71,000 | 86,600 | 90,200 |
| 76,000 | 87,100 | 90,400 |
| 81,000 | 87,600 | 91,000 |
| 83,000 | 88,100 | |
| 84,000 | 88,500 | 91,500 |
| 85,000 | 89,500 | 92,000 |
| 86,000 | 89,700 | |



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

BIDDER'S REGISTRATION FORM

NAME: J Gordon Gainer LLC

ADDRESS: 2938 Columbia Ave Suite 1402
Lancaster, PA. 17602

PHONE (DAY): 717-471-9077

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

_____
The above is precisely how the name(s) are to appear in the deed

45,000       80,000
50,000       82,500
55,000
60,000
65,000
70,000
75,000



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## BIDDER'S REGISTRATION FORM

NAME: Bear Creek Properties, Inc./James Daven, 2nd

ADDRESS: 201 Bear Creek Blvd, - Suite A
Plains Twp., PA 18702

PHONE (DAY): (570) 970-0650

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Bear Creek Properties, Inc.

The above is precisely how the name(s) are to appear in the deed

23,000      50,500
24,500      55,500
25,500      60,500
30,500
35,500
40,500
45,500



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia. PA 19106*

## BIDDER'S REGISTRATION FORM

NAME: ~~Fitch~~ BP Real Estate Investment Group LP

ADDRESS: 1770 Oregon Pike

Lancaster PA 17601

PHONE (DAY): 717 327 0232

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

BP Real Estate Investment Group L.P.

The above is precisely how the name(s) are to appear in the deed



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

---

*Philadelphia PA 19106*

## BIDDER'S REGISTRATION FORM

NAME: ~~My~~ MILLPOND PROPERTIES, LLC

ADDRESS: 23 OLDE MIU COURT

LITITZ PA 17543

PHONE (DAY): 717-368-2359

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

MILLPOND PROPERTIES, LLC
The above is precisely how the name(s) are to appear in the deed



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia PA 19106

## BIDDER'S REGISTRATION FORM

NAME: David Rutt

ADDRESS: 210 Millwood Rd

Lanc PA 17602

PHONE (DAY): 717 826 4637

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

David K Rutt and W. Dale Railing

The above is precisely how the name(s) are to appear in the deed

tenants in co-partnership

**Greg Musser**

66,000
71,000
76,000
81,000
83,000
84,000
85,000
86,000
86,200
86,600
87,100
87,600
88,100
88,500
89,500
89,700
90,000
90,200
90,400
~~91,000~~
91,500
92,000

**Bear Creek**

23,000
24,500
25,500
30,500
35,500
40,500
45,500
50,500
55,500
66,500

**Brandon Lefman**

24,000
25,000
300,00
35,000
40,000
83,500
84,500
85,500
86,100
86,500
87,000
87,500
88,000
88,200
89,000
89,600
89,800
90,100
90,300
90,500
91,100
91,600
92,100

**Sainer**

45,000
50,000
55,000
60,000
65,000
70,000
75,000
80,000
82,500

**BP Real Estate**

**David Ruit**

**Millpond Prop**