## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　　Plaintiff<br>　　v.<br>AMANDA L. ALTICE<br>　　　　　　　　Defendant | Civil Action No: 18-02240 |

### ORDER

AND NOW, this 18'th day of Jan., 2019, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

### ORDERED

1.  That the public sale held on December 13, 2018 is hereby confirmed.

2.  That the Marshal is ordered and directed to execute and deliver to Brandon Ledman, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of AMANDA L. ALTICE in and to the premises sold located at 1037 Donegal Springs Road, Mount Joy, PA 17552.

3.  That jurisdiction is retained for such further orders or decrees as may be necessary.



　　　　　　　　　　　　　　　　　　　　　　　　　J.