UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

Plaintiff

vs.

AMANDA L. ALTICE

Defendant(s)

CIVIL NO. 18-02240

## ASSIGNMENT OF BID

**THIS ASSIGNMENT** is made this 28 day of January, 2019, by BRANDON LEDMAN (Assignor), to BRANDON LEAMAN (Assignee).

**WHEREAS,** Assignor was the successful bidder at the United States Marshal's of December 13, 2018 for the Property known as 1037 Donegal Springs Road Mount Joy, PA 17552.

**WHEREAS,** Assignor, as successful bidder, assigns to Assignee its right to receive a deed for the Property from the United States Marshal Service for the Eastern District of Pennsylvania and all of Assignor's interest in the Property; and Assignee accepts Assignor's right to receive a deed for the Property from the United States Marshal Service for the Eastern District of Pennsylvania. Assignor does hereby assign, transfer and convey to Assignee, without recourse, all of its right, title and interest as successful bidder at the Marshal's Sale of the Property.

BY: _____
Name of successful bidder

As to Assignor

Sworn to and subscribed before me

This 28 day of Jan, 2019.

_____
Notary Public

I hereby accept this Assignment of Bid.

BY: _____
Assignee BRANDON LEAMAN
Address: 289 Conoy Avenue, Elizabethtown PA 17022
Phone Number: 717-940-0087
As to Assignee

Sworn to and subscribed before me

this 28 day of JANUARY, 2019.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Karen Y Boyer, Notary Public
Lancaster County
My commission expires July 11, 2022
Commission number 1015610