**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      Plaintiff<br><br>vs.<br><br>AMANDA L. ALTICE<br><br>      Defendant(s) | CIVIL NO. 18-02240 |

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser :   $92,100.00

Amount of cash received ............................................................. $92,100.00

**TO BE DISTRIBUTED AS FOLLOWS:**

Proceeds of sale to the United States Department of
Justice re: CDCS# 2018A39044 ................................................... $92,100.00

                 KML Law Group, P.C.

                 By: _____
                 Rebecca A. Solarz, Esquire
                 Suite 5000 – BNY Independence Center
                 701 Market Street
                 Philadelphia, PA  19106-1532
                 (215) 825-6327